IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL PATRICK SHEEHAN,** | : | CIVIL ACTION NO. 1:18-CV-1748 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN CATRICIA HOWARD,** | : | |
| | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 29th day of December, 2020, upon consideration of petitioner's motion (Doc. 31) for relief from judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 31) is DISMISSED.

2. Petitioner's request (Doc. 34) for summary judgment on the Rule 60(b) motion is DISMISSED as moot.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania